

**FILED**

08/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0404

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0404

JOHN MILLER,

      Petitioner,

  v.

MONTANA SIXTH JUDICIAL DISTRICT
COURT, HONORABLE BRENDA
GILBERT, PRESIDING,

      Respondent.

**FILED**

AUG 2 5 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Through counsel, John Miller filed a verified Petition for a Writ of Certiorari (Review) on August 13, 2020, pursuant to 3-1-523, MCA. In the Petition, Miller states he has requested a transcript of the hearing in the Sixth Judicial District Court, Hon. Brenda Gilbert, presiding, which imposed attorney's fees and costs upon a finding of contempt. Miller also states that this Court should order the transcript of the June 18, 2020 contempt hearing to be transmitted to this Court.

A transcript of this proceeding would facilitate review of this matter. Section 27-25-202, MCA. As of August 24, 2020, no transcript has been filed with this Court. Therefore,

IT IS ORDERED that the Court Reporter for the Sixth Judicial District Court, Park County, PREPARE and FILE a copy of the transcript for the June 18, 2020 hearing in Cause No. DP-18-42, *In re the Estate of Jack Bates*, within 10 days of this Order. Counsel for Petitioner John Miller shall arrange for payment for this transcript, if it has not already occurred.

The Clerk of the Supreme Court shall provide a copy of this Order to Sandra Hogstad, Court Reporter, Sixth Judicial District; to the Honorable Brenda Gilbert, Sixth

Judicial District Court; to Molly Bradberry, Clerk of District Court, Park County, under Cause No. DP-18-42; and to counsel of record.

DATED this 25 day of August, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices